# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Asif J. Poonja

                Plaintiff,

v.                                        Case No.: 1:20–cv–04445
                                              Honorable Martha M. Pacold

FitTrack LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 29, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's individual claims are hereby dismissed with prejudice and without costs; and Plaintiff's putative class claims are dismissed without prejudice and without costs pursuant to the Stipulation to Dismiss [23] filed by the parties on 4/28/2021. Civil case terminated.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.